IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MELISSA COOK AND SARA DAILEY, § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> GGH – THE FITNESS GROUP, LLC § <br> d/b/a FITNESS PROJECT; and T. § <br> BRYAN MURPHY, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:21-CV-01555 |

## DEFENDANTS' CONSENT AND STIPULATION TO NONSUIT AND DISMISSAL

On November 29, 2021, Plaintiffs filed their Motion for Nonsuit [D.E. 14]. Pursuant to Fed. R. Civ. P. 41(a)(1(ii), Defendants GGH – The Fitness Group, LLC d/b/a Fitness Project and T. Bryan Murphy hereby stipulate and consent to the nonsuit and dismissal of Plaintiff's claims in the above-styled and numbered cause with no further action being necessary by the Court.

November 30, 2021

Respectfully submitted,

/s/ Dennis M. Holmgren
Dennis M. Holmgren
State Bar No. 24036799
Email: dennis@hjmmlegal.com
**HOLMGREN JOHNSON:
MITCHELL MADDEN, LLP**
12801 North Central Expressway, Suite 140
Dallas, Texas 75243
Telephone: 972-484-7780
Facsimile: 972-484-7743

**ATTORNEYS FOR GGH – THE FITNESS GROUP, LLC d/b/a FITNESS PROJECT; and T. BRYAN MURPHY**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2021, I served all parties and counsel of record in accordance with the Federal Rules of Civil Procedure via CM/ECF.

                                          By:      /s/ Dennis M. Holmgren
                                                       DENNIS HOLMGREN