Case 4:21-cv-01555   Document 16   Filed on 11/30/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MELISSA COOK, AND SARA DAILEY** *Plaintiffs* | § § § § § | **CAUSE NO. 4:21-cv-01555** |
| v. | § § | |
| **GGH- THE FITNESS GROUP, LLC, d/b/a GOLD'S GYM HOUSTON; and TIMOTHY BRYAN MURPHY (a/k/a T. BRYAN MURPHY)** *Defendants.* | § § § § § § | **JURY TRIAL DEMANDED** |

### ORDER ON MOTION TO NON-SUIT CLAIMS

Pending before the Court is Plaintiff Cook and Plaintiff Dailey's Motion to Non-suit Claims without prejudice in light of the plaintiffs' joinder in a concurrent case captioned, *Skiba v. The Fitness Group, LLC et al 4:20-cv-02656 in the United States District Court for the Southern District of Texas Houston Division.* Upon review of the motion, the Court therefore:

ORDERS that the motion is **GRANTED.**

Signed at Houston, Texas, this ___30th___ day of ___November___ 2021.

_____
UNITED STATES DISTRICT JUDGE

1